AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 5:23mj00077 | Date and time warrant executed: 11-7-2023 1300 | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of: Detective Evelin Valladares

Inventory of the property taken and name(s) of any person(s) seized:

Digital data as described in the warrant

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11-7-2023

*Executing officer's signature*

Jenna Sullivan TFO
*Printed name and title*

Received in chambers by reliable electronic means on November 7, 2023.

USMJ